STEVEN B. WOLFSON
District Attorney
CIVIL DIVISION
Nevada Bar No. 1565
By: JOEL K. BROWNING
Deputy District Attorney
Nevada Bar No. 14489
By: TIMOTHY ALLEN
Deputy District Attorney
Nevada Bar No. 14818
500 South Grand Central Pkwy., Suite 5075
Las Vegas, Nevada 89155-2215
Telephone (702) 455-4761
Fax (702) 382-5178
E-Mail:  Joel.Browning@ClarkCountyDA.com
Timothy.Allen@clarkcountyda.com

And

EBBIN MOSER + SKAGGS, LLP
SEAN SKAGGS (*PHV application forthcoming*)
11622 El Camino Real, Suite 100
San Diego, CA 92130
(858) 764-2540
sskaggs@emsllp.com

*Attorneys for Defendant Clark County*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT,<br>　　　　Plaintiff,<br>v.<br><br>DEB HAALAND, in her capacity as Secretary of the Interior; U.S. FISH AND WILDLIFE SERVICE; BUREAU OF LAND MANAGEMENT; NATIONAL PARK SERVICE; TOM VILSACK, in his capacity as Secretary of Agriculture; U.S. FOREST SERVICE; and CLARK COUNTY, NEVADA,<br>　　　　Defendants. | Case No: 2:23-cv-02009-GMN-EJY<br><br>**JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE** |

COME NOW, Defendant CLARK COUNTY (hereinafter "Clark County"), by and through its counsel of record, Deputy District Attorney Joel K. Browning and Deputy District Attorney Timothy J. Allen of Clark County District Attorney's Office – Civil Division and Sean Skaggs, Esq. (*PHV Admission Forthcoming*) of EBBIN MOSER + SKAGGS, LLP;

Defendants DEB HAALAND, in her capacity as Secretary of the Interior, U.S. FISH AND WILDLIFE SERVICE, BUREAU OF LAND MANAGEMENT, NATIONAL PARK SERVICE, TOM VILSACK, in his capacity as Secretary of Agriculture, U.S. FOREST SERVICE (hereinafter "US Defendants"), by and through their counsel of record, Devon Lea Flanagan, Esq., Young A. Kang, Esq., and Frances Morris, Esq. of the U.S. Department of Justice; and Plaintiff WESTERN WATERSHEDS PROJECT, by and through its counsel of record, Talasi Brooks, Esq. (*PHV Admission Forthcoming*) and Paul Ruprecht, Esq. of Western Watersheds Project (hereinafter "WWP"), and hereby file the instant Joint Status Report and Stipulation and [Proposed] Order on Briefing Schedule in compliance with the order [22] of this court.

## I.

## JOINT STATUS REPORT

Plaintiff WWP filed its Complaint for Declaratory and Injunctive Relief [1] in the U.S. Court for the District of Columbia on or around September 14, 2023. Shortly after receiving notice of the action, counsel for Defendant Clark County reached out to counsel for WWP and indicated that he believed venue was improper and inquired about stipulating to transfer venue to the U.S. District Court for the District of Nevada. *See*, *e.g.*, [ECF No. 8-2].

The Parties agreed to extend deadlines to answer or otherwise respond to Plaintiff's Complaint [1] to account for Clark County's difficulty in obtaining local counsel and to facilitate discussions on a venue transfer. Ultimately Clark County filed an unopposed Motion [16], reviewed by all parties, to transfer venue to the U.S. District Court for the District of Nevada. This order was granted by the District of Columbia court on or around November 22, 2023.

Following this case's assignment to the Honorable Gloria M. Navarro in the District of Nevada, the Parties again communicated regarding a timeline for answering and/or otherwise responding to Plaintiff's complaint to avoid hardship on the parties resulting from the holiday season and any required *pro hac vice* admission applications. The Parties were able to come to an agreement regarding the same.

## II.

## **STIPULATION AND [PROPOSED] ORDER**

Based on the aforementioned agreement, it is hereby stipulated by and between the undersigned parties, through their respective attorneys, that:

1. Defendants' deadline to answer or respond to Plaintiff's complaint, ECF No. 1, shall be extended until January 5, 2024;

2. Plaintiff's response to any dispositive motion filed in response to Plaintiff's complaint, if any, shall be due by February 9, 2024; and

3. Defendants' replies to Plaintiff's response(s), if any, shall be due by March 1, 2024.

Respectfully submitted this 18th day of December, 2023,

                                    CLARK COUNTY, NEVADA
                                    STEVEN B. WOLFSON, DISTRICT ATTORNEY

                                    /s/ *Joel K. Browning*
                                    By:  JOEL K. BROWNING
                                    Deputy District Attorney
                                    Nevada Bar No. 14489
                                    By:  TIMOTHY ALLEN
                                    Deputy District Attorney
                                    Nevada Bar No. 14818
                                    *forthcoming*)
                                    500 South Grand Central Parkway, Suite 5075
                                    Las Vegas, NV 89155-2215
                                    (702) 455-4761

                                    And

                                    EBBIN MOSER + SKAGGS, LLP
                                    SEAN SKAGGS (*PHV application forthcoming*)
                                    11622 El Camino Real, Suite 100
                                    San Diego, CA 92130
                                    (858) 764-2540
                                    *Attorneys for Defendant Clark County*

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*/s/ Devon Lea Flanagan*
DEVON LEA FLANAGAN
(DC Bar No. 1022195)
Wildlife and Marine Resources Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 305-0201

YOUNG A. KANG (FL Bar No. 1025505)
Natural Resources Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 307-1034
*Attorneys for Federal Defendants*

WESTERN WATERSHEDS PROJECT

*/s/ Paul Ruprecht, Esq.*
Paul Ruprecht, Esq.
Nevada Bar No. 14263
Talasi B. Brooks (ID Bar #9712)
(*PHV Application Forthcoming*)
Western Watersheds Project
P.O. Box 2863
Boise ID 83701
(208) 336-9077
*Attorneys for Plaintiff*

**IT IS SO ORDERED** that:

1. Defendants' deadline to answer or respond to Plaintiff's complaint, ECF No. 1, shall be extended until January 5, 2024;

2. Plaintiff's response to any dispositive motion filed in response to Plaintiff's complaint, if any, shall be due by February 9, 2024; and

3. Defendants' replies to Plaintiff's response(s), if any, shall be due by March 1, 2024.

ORDERED this __18__ day of December 2023.

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the Office of the Clark County District Attorney and that on this 18th day of December, 2023, I served a true and correct copy of the foregoing **JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE** (United States District Court Pacer System), by e-mailing the same to the following recipients. Service of the foregoing document by e-mail is in place of service via the United States Postal Service

Talasi Brooks
*Pro Hac Vice application to be submitted*
Western Watersheds Project
P.O. Box 2863
Boise ID 83701
tbrooks@westernwatersheds.org
*Attorneys for Plaintiff*

Devon Lea Flanagan
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
devon.flanagan@usdoj.gov
*Attorneys for Defendants Deb Haaland, U.S. Fish and Wildlife Service, Bureau of Land Management, National Park Service, Tom Vilsack, U.S. Forest Service*

                                         */s/ Christine Wirt*
                                         An Employee of the Clark County District Attorney's Office – Civil Division