JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
PATRICK ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Patrick.Rose@usdoj.gov
*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

WESTERN WATERSHEDS PROJECT,

               Plaintiff,

     v.

DEB HAALAND *et al.*,

               Defendants.

Case No. 2:23-CV-02009-GMN-EJY

**MOTION TO ADMIT
GOVERNMENT ATTORNEYS**

The UNITED STATES ATTORNEY for the District of Nevada hereby moves, pursuant to LR IA 11-3, for the admission of Devon Lea Flanagan and Young A. Kang to the Bar of this Court for the purpose of representing the United States of America, its political subdivisions, officers, and employees, during the period of their employment by the United States as attorneys.  Ms. Flanagan and Mr. Kang will represent the U.S. Fish and Wildlife Service, Bureau of Land Management, National Park Service, U.S. Forest Service, Deb Haaland, in her official capacity as Secretary of the Interior, and Tom Vilsack, in his official capacity as Secretary of Agriculture, (collectively, "Federal Defendants") in this matter.

Ms. Flanagan is a licensed attorney and a member in good standing of the Virginia State Bar (Bar No. 87444) and the District of Columbia Bar (Bar No. 1022195). Ms. Flanagan is a Trial Attorney for the U.S. Department of Justice in the Environment and Natural Resources Division, Wildlife and Marine Resources Section, in Washington, D.C. Ms. Flanagan has been admitted to appear as a government attorney in this Court on two prior matters. Her contact information is as follows:

P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0201
devon.flanagan@usdoj.gov

Mr. Kang is a licensed attorney and a member in good standing of the State Bar of Florida (Bar No. 1025505). Mr. Kang is a Trial Attorney for the U.S. Department of Justice in the Environment and Natural Resources Division, Natural Resources Section, in Washington, D.C.  His contact information is as follows:

P.O. Box 7611
Washington, DC 20044
Phone: (202) 307-1034
Email: young.kang@usdoj.gov

Local Rule IA 11-3 provides that, "Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants."

It is respectfully requested that an Order be issued permitting Devon Lea Flanagan and Young A. Kang to practice before this Court during the period of their employment by the United States as attorneys.

Respectfully submitted this 19th day of December 2023.

JASON M. FRIERSON
United States Attorney

 /s/ Patrick A. Rose
PATRICK A. ROSE
Assistant United States Attorney

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** February 12, 2024

2