STEVEN B. WOLFSON
District Attorney
CIVIL DIVISION
Nevada Bar No. 1565
By: JOEL K. BROWNING
Deputy District Attorney
Nevada Bar No. 14489
By: TIMOTHY ALLEN
Deputy District Attorney
Nevada Bar No. 14818
500 South Grand Central Pkwy., Suite 5075
Las Vegas, Nevada 89155-2215
Telephone (702) 455-4761
Fax (702) 382-5178
E-Mail: Joel.Browning@ClarkCountyDA.com
Timothy.Allen@clarkcountyda.com
*Attorneys for Defendant Clark County*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT,<br>     Plaintiff,<br>v.<br><br>DEB HAALAND, in her capacity as Secretary of the Interior; U.S. FISH AND WILDLIFE SERVICE; and CLARK COUNTY, NEVADA,<br><br>     Defendants. | Case No: 2:23-cv-02009-GMN-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE** |

It is stipulated by and between the undersigned parties, through their respective attorneys, that:

1. Defendants' deadline to answer or respond to Plaintiff's First Amended Complaint, ECF No. 41, shall be extended until March 15, 2024;

2. Plaintiff's response brief(s) to any dispositive motion(s) filed in response to Plaintiff's First Amended Complaint, if any, shall be due by April 12, 2024. If Plaintiffs are responding to more than one dispositive motion, Plaintiffs may file a single consolidated response brief of not more than 48 pages; and

/ / /

/ / /

/ / /

3. Defendants' replies to Plaintiff's response, if any, shall be due by May 3, 2024.

DATED this 15th day of February, 2024.

|  |  |
|---|---|
|  | STEVEN B. WOLFSON<br>DISTRICT ATTORNEY<br><br>By: */s/ Joel K. Browning*<br>JOEL K. BROWNING<br>Deputy District Attorney<br>Nevada Bar No. 14489<br>500 South Grand Central Pkwy., Suite 5075<br>Las Vegas, Nevada 89155-2215<br>*Attorneys for Defendant Clark County* |
| TODD KIM<br>Assistant Attorney General<br>Environment and Natural Resources Division<br>United States Department of Justice<br><br>*/s/ Devon Lea Flanagan*<br>DEVON LEA FLANAGAN<br>D.C. Bar No. 1022195<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Wildlife & Marine Resources Section<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>devon.flanagan@usdoj.gov<br><br>*Attorneys for Defendants Deb Haaland and U.S. Fish and Wildlife Service* | WESTERN WATERSHEDS PROJECT<br><br>*/s/ Jaimie L. Park*<br>Jaimie L. Park<br>Western Watersheds Project<br>P.O. Box 37198<br>Albuquerque, NM 87110<br>jaimie@westernwatersheds.org<br><br>Paul D. Ruprecht<br>Western Watersheds Project<br>P.O. Box 941<br>Lebanon, OR 97355<br>paul@westernwatersheds.org<br><br>Christopher Mixson (NV Bar#10685)<br>KEMP JONES, LLP<br>3800 Howard Hughes Parkway, Suite 1700<br>Las Vegas, Nevada 89169<br>c.mixson@kempjones.com<br>Attorney for service only under LR IA 11-1(b)(2)<br><br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED** this 16th day of February 2024.

_____
UNITED STATES MAGISTRATE JUDGE