STEVEN B. WOLFSON
District Attorney
CIVIL DIVISION
Nevada Bar No. 1565
By: JOEL K. BROWNING
Deputy District Attorney
Nevada Bar No. 14489
By: TIMOTHY ALLEN
Deputy District Attorney
Nevada Bar No. 14818
500 South Grand Central Pkwy., Suite 5075
Las Vegas, Nevada 89155-2215
Telephone (702) 455-4761
Fax (702) 382-5178
E-Mail: Joel.Browning@ClarkCountyDA.com
Timothy.Allen@clarkcountyda.com
*Attorneys for Defendant Clark County*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT,<br>　　　　Plaintiff,<br>v.<br>DEB HAALAND, in her capacity as Secretary of the Interior; U.S. FISH AND WILDLIFE SERVICE; and CLARK COUNTY, NEVADA,<br>　　　　Defendants. | Case No: 2:23-cv-02009-GMN-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and through their respective counsel, that the hearing on Defendants Deb Haaland and U.S. Fish and Wildlife Service's and Defendant Clark County's Motions [45, 46] to Dismiss, currently set for March 4, 2025, at 1:00 PM, shall be continued to March 6, 2025, at the hour of 9:00 AM.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  The parties represent that the instant stipulation and order is not submitted for any
2  improper purpose or to cause unnecessary delay.

3
4  DATED: February 5, 2025                          DATED: February 5, 2025

5  STEVEN B. WOLFSON                                By:/s/ Devon Lea Flanagan
   DISTRICT ATTORNEY                                DEVON LEA FLANAGAN
6                                                   D.C. Bar No. 1022195
                                                    U.S. Department of Justice
7  By:/s/ Joel K. Browning                          Environment and Natural Resources
   JOEL K. BROWNING                                 Division
8  Deputy District Attorney                         Wildlife & Marine Resources Section
   Nevada Bar No. 14489                             P.O. Box 7611
9  500 South Grand Central Pkwy., Suite             Washington, D.C. 20044-7611
   5075                                             devon.flanagan@usdoj.gov
10 Las Vegas, Nevada 89155-2215
   *Attorneys for Defendant Clark County*           *Attorneys for Defendants Deb Haaland
11                                                  and U.S. Fish and Wildlife Service*

12 DATED: February 5, 2025

13 By:/s/ Jaimie L. Park
   Jaimie L. Park
14 Western Watersheds Project
   P.O. Box 37198
15 Albuquerque, NM 87110

16 Paul D. Ruprecht
   Western Watersheds Project
17 P.O. Box 941
   Lebanon, OR 97355

18
19 Christopher Mixson (NV Bar#10685)
   KEMP JONES, LLP
20 3800 Howard Hughes Parkway, Suite
   1700
21 Las Vegas, Nevada 89169
   Attorney for service only under LR IA
22 11-1(b)(2)

23 *Attorneys for Plaintiff*

## ORDER

24    IT IS SO ORDERED.
25    Dated this __12__ day of February, 2025.

26
27                                            _____
                                              DISTRICT COURT JUDGE
28