1
2
3
4
5
6

DEVON LEA FLANAGAN
D.C. Bar No. 1022195
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0201
devon.flanagan@usdoj.gov

7

*Counsel for Federal Defendants*

8

9
10

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

11
12
13
14
15
16
17
18
19

WESTERN WATERSHEDS PROJECT,

*Plaintiff,*

v.

DOUG BURGUM, in his capacity as
Secretary of the Interior,[1] U.S. FISH
AND WILDLIFE SERVICE, and
CLARK COUNTY, NEVADA,

*Defendants.*

Case No. 2:23-cv-02009-GMN-EJY

**JOINT MOTION FOR ENTRY OF
SCHEDULING ORDER**

20

**JOINT MOTION FOR ENTRY OF SCHEDULING ORDER**

21
22
23
24
25
26

Pursuant to the Court's Order dated April 9, 2024 (ECF No. 50), Federal Defendants the U.S. Fish and Wildlife Service and Doug Burgum, in his official capacity as Secretary of the Interior, and Plaintiff Western Watersheds Project hereby move for entry of a Scheduling Order and submit the following proposed schedule for production of the administrative record and briefing on the merits. The parties previously agreed that Plaintiff's claims shall be resolved

27
28

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Secretary of the Interior Doug Burgum is automatically substituted for his predecessor in office, Debra Haaland.

following the lodging and review of an administrative record, but that the time was not yet ripe to set a deadline for the production of the administrative record or for motions for summary judgment because Defendants' Motions to Dismiss Plaintiff's First Amended Complaint were still pending. (*See* ECF 45, 46, 50). Defendants' Motions have now been resolved. (ECF 62). Therefore, Plaintiff and Federal Defendants[2] conferred on a schedule for production of the administrative record and briefing. The parties respectfully request that the Court enter the following schedule in this case:

### A. Administrative Record

1. Pursuant to Fed. R. Civ. P. 12(a)(4), Federal Defendants' answer is due **April 9, 2025**.

2. No later than **June 18, 2025**, Federal Defendants shall provide Plaintiff with the index to the Administrative Record for this case.

3. No later than **July 2, 2025**, Plaintiff will notify Federal Defendants of any concerns regarding the contents the Administrative Record.

4. The parties shall confer and attempt to informally resolve any disputes regarding the Administrative Record no later than **July 9, 2025**. The parties will inform the Court in a status report no later than **July 9, 2025**, whether they agree that the Administrative Record is complete.

5. Federal Defendants shall certify and lodge the Administrative Record with the Court and serve that administrative record on Plaintiff's counsel no later than **July 16, 2025**.

6. Plaintiff shall file any motion regarding the Administrative Record no later than **July 23, 2025**. Federal Defendants reserve the right to oppose any such motions. The filing of any motions regarding the Administrative Record will stay the

---

[2] Plaintiff's claims against Defendant Clark County, Nevada were resolved when the Court granted Defendant Clark County's motion to dismiss. Plaintiff and Federal Defendants conferred with Clark County and stipulated that Clark County may submit an amicus brief. A proposed date for the submission of that brief is included in this proposed schedule.

2

remaining deadlines in this briefing schedule, and the Parties will submit a new proposed scheduling order within 21 days of the Court's order on such motions.

**B. Briefing on the Merits**

1. If no motions related to the Administrative Record are filed, Plaintiff shall file its Motion for Summary Judgment and Opening Brief no later than **August 26, 2025**.

2. Federal Defendants shall file their combined Response to Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment no later than **October 6, 2025**.

3. Pursuant to the parties' stipulation to Clark County submitting an amicus brief, Clark County shall file its amicus brief no later than **October 6, 2025**.

4. Plaintiff shall file its combined Response to Defendant's Cross-Motion for Summary Judgment and Reply in Support of its Motion for Summary Judgment no later than **November 5, 2025**.

5. Plaintiff shall file its response to Clark County's amicus brief no later than **November 5, 2025**.

6. Federal Defendants shall file their reply in support of their Cross-Motion for Summary Judgment no later than **December 5, 2025**.

The parties respectfully request that the Court enter the foregoing schedule proposed by the parties.

Dated: April 8, 2025

Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division

*/s/ Devon Lea Flanagan*
DEVON LEA FLANAGAN (DC Bar No. 1022195)
Senior Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611

3

Washington, D.C. 20044-7611
Telephone: (202) 305-0201
devon.flanagan@usdoj.gov

*Counsel for Federal Defendants*

Jointly proposed by:

WESTERN WATERSHEDS PROJECT

*/s/ Jaimie L. Park*
Jaimie L. Park
Western Watersheds Project
P.O. Box 37198
Albuquerque, NM 87110
jaimie@westernwatersheds.org

Paul D. Ruprecht
Western Watersheds Project
P.O. Box 941
Lebanon, OR 97355
paul@westernwatersheds.org

Christopher Mixson (NV Bar#10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
c.mixson@kempjones.com
Attorney for service only under LR IA 11-1(b)(2)

*Attorneys for Plaintiff*

**IT IS SO ORDERED** this 8th day of April, 2025.

UNITED STATES MAGISTRATE JUDGE

4