SARA M. WARREN
GA Bar No. 966948
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 307-1147
sara.warren@usdoj.gov

*Counsel for Federal Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT,<br><br>*Plaintiff*,<br><br>v.<br><br>DOUG BURGUM, in his capacity as Secretary of the Interior, U.S. FISH AND WILDLIFE SERVICE, and CLARK COUNTY, NEVADA,<br><br>*Defendants*. | Case No. 2:23-cv-02009-GMN-EJY<br><br>**SUBSTITUTION OF ATTORNEY** |

**SUBSTITUTION OF ATTORNEY**

Federal Defendants Doug Burgum, in his capacity as Secretary of the Interior, and U.S. Fish and Wildlife Service, hereby substitute Sara M. Warren[1] as attorney of record in place and stead of Devon Lea Flanagan and Young Kang. Contact information for Ms. Warren is below:

---

[1] Pursuant to LR IA 11-3, in a March 14, 2025 order in Western Watersheds Project, et al. v. U.S. Fish and Wildlife Service et al., Case No. 3:25-cv-0023-MMD-CLB, ECF 10, Ms. Warren was admitted to practice before this Court during the period of her employment by the United States as an attorney.

**Mailing Address:**

Sara Warren
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611

**Overnight Delivery / Street Address:**

Sara Warren
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
150 M. St., N.E., Room 3.400
Washington, D.C. 20002

Dated: April 8, 2025

/s/ Cheryll Dobson
Cheryll Dobson
Attorney-Advisor
DOI-Pacific Southwest Regional Solicitor's Office

I consent to the above substitution.

Dated: April 9, 2025

/s/ Devon Lea Flanagan
DEVON LEA FLANAGAN
D.C. Bar No. 1022195

/s/ Young Kang
YOUNG A. KANG
Fla. Bar No. 1025505

U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611

I am duly admitted to practice before this Court during the period of my employment by the United States as an attorney.

Above substitution accepted.

Dated: April 9, 2025

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Sara M. Warren*
SARA M. WARREN, Trial Attorney
Georgia Bar No. 966948
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Tel | (202) 307-1147; Fax | (202) 305-0275
E-mail: Sara.Warren@usdoj.gov

*Attorneys for Federal Defendants*

IT IS SO ORDERED.

Dated: April 9, 2025

United States Magistrate Judge