Jaimie Park (NM Bar # 14644, *Pro Hac Vice*)
9th Circuit Attorney
Western Watersheds Project
P.O. Box 37198
Albuquerque, NM 87110
TELEPHONE: (505) 750-0334
Email: jaimie@westernwatersheds.org

Paul Ruprecht (NV Bar # 14263)
Western Watersheds Project
P.O. Box 941
Lebanon, OR 97355
TELEPHONE: (208) 421-4637
Email: paul@westernwatersheds.org

Christopher Mixson (NV Bar#10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
TELEPHONE: (702)-385-6000
Email: c.mixson@kempjones.com
Attorney for service only under LR IA 11-1(b)(2)

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT,<br>     Plaintiff,<br>v.<br><br>DOUG BURGUM, in his capacity as Secretary of the Interior; and U.S. FISH AND WILDLIFE SERVICE,<br><br>     Defendants. | Case No: 2:23-cv-02009-GMN-EJY<br><br>**JOINT MOTION TO EXTEND SCHEDULING ORDER** |

**JOINT MOTION TO EXTEND SCHEDULING ORDER**

Plaintiff Western Watersheds Project and Federal Defendants the U.S. Fish and Wildlife Service and Doug Burgum, in his official capacity as Secretary of the Interior, hereby move to amend the Court's Order (ECF No. 65) granting the Joint Motion for Entry of Scheduling Order (ECF No. 64) due to scheduling conflicts. Plaintiff Western Watersheds

Project and Defendants conferred on a revised schedule for production of the administrative record and briefing. Additionally, Plaintiff conferred with former Defendant Clark County on the parties' joint proposed revised schedule since the Court granted the Proposed Stipulation and Order to Permit Clark County to File an Amicus Brief (ECF Nos. 64, 67). Clark County does not have any issue with the proposed revised schedule. Therefore, the parties respectfully request that the Court enter the following revised schedule in this case:

**A. Administrative Record**

1. Pursuant to Fed. R. Civ. P. 12(a)(4), Federal Defendants' answer is due **April 9, 2025**. (Defendants have already complied with this deadline. ECF No. 68).
2. No later than **August 25, 2025**, Federal Defendants shall provide Plaintiff with the index to the Administrative Record for this case.
3. No later than **September 8, 2025**, Plaintiff will notify Federal Defendants of any concerns regarding the contents the Administrative Record.
4. The parties shall confer and attempt to informally resolve any disputes regarding the Administrative Record no later than **September 15, 2025**. The parties will inform the Court in a status report no later than **September 15, 2025**, whether they agree that the Administrative Record is complete.
5. Federal Defendants shall certify and lodge the Administrative Record with the Court and serve that administrative record on Plaintiff's counsel no later than **September 24, 2025**.
6. Plaintiff shall file any motion regarding the Administrative Record no later than **October 6, 2025**. Federal Defendants reserve the right to oppose any such motions. The filing of any motions regarding the Administrative Record will stay the remaining deadlines in this briefing schedule, and the Parties will submit a new proposed scheduling order within 21 days of the Court's order on such motions.

**B. Briefing on the Merits**

1. If no motions related to the Administrative Record are filed, Plaintiff shall file its Motion for Summary Judgment and Opening Brief no later than **November 6, 2025**.

2. Federal Defendants shall file their combined Response to Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment no later than **December 18, 2025**.

3. Pursuant to the parties' stipulation consenting to Clark County submitting an amicus brief, Clark County shall file its amicus brief no later than **December 18, 2025**.

4. Plaintiff shall file its combined Response to Defendant's Cross-Motion for Summary Judgment and Reply in Support of its Motion for Summary Judgment no later than **January 30, 2026** (~~2025~~).

5. Plaintiff shall file its response to Clark County's amicus brief no later than **January 30, 2026** (~~2025~~).

6. Federal Defendants shall file their reply in support of their Cross-Motion for Summary Judgment no later than **March 10, 2026**.

The parties respectfully request that the Court enter the foregoing schedule proposed by the parties.

Respectfully submitted this 4th day of June, 2025.

                 /s/ Jaimie L. Park

                 Jaimie L. Park (NM Bar # 14644,
                 *Pro Hac Vice*)
                 Western Watersheds Project
                 P.O. Box 37198
                 Albuquerque, NM 87110
                 TELEPHONE: (505) 750-0334
                 Email: jaimie@westernwatersheds.org

                 *Of Attorneys for Plaintiff*

ADAM R. F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division

/s/ Sara M. Warren
Sara M. Warren
Ga. Bar No. 966948
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 307-1147
sara.warren@usdoj.gov

*Counsel for Federal Defendants*

**IT IS SO ORDERED** this 4th day of June 2025.

_____
UNITED STATES MAGISTRATE JUDGE