Jaimie L. Park (NM Bar # 14644, *Pro Hac Vice*)
Western Watersheds Project
P.O. Box 37198
Albuquerque, NM 87110
Tel: (505) 750-0334
jaimie@westernwatersheds.org

Paul Ruprecht (NV Bar # 14263)
Western Watersheds Project
P.O. Box 941
Lebanon, OR 97355
TELEPHONE: (208) 421-4637
Email: paul@westernwatersheds.org

Christopher Mixson (NV Bar # 10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
TELEPHONE : (702) 385-6000
Email : c.mixson@kempjones.com
*Attorney for service only under LR IA 11-1(b)(2).

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOUG BURGUM, in his capacity as Secretary of the Interior, and U.S. FISH AND WILDLIFE SERVICE,<br><br>　　　　　Defendants. | Case No. 2:23-CV-02009-GMN-EJY<br><br>**UNOPPOSED MOTION AND ORDER FOR NINETY-DAY STAY OF DEADLINES** |

### UNOPPOSED MOTION FOR NINETY-DAY STAY OF DEADLINES

Pursuant to LR IA 6-2, Plaintiff Western Watersheds Project, by and through its attorneys, hereby requests a ninety (90)-day stay of deadlines in this case, for the following reasons.

On April 9, 2024, the Court granted the parties' Joint Proposed Discovery Plan and Scheduling Order. [ECF No. 50 (granting ECF No. 49)]. A Motion Hearing was held on March 6, 2025, ECF No. 61, and, on March 25, 2025, the Court ordered that Federal Defendants' Motion to Dismiss Plaintiff's Amended Complaint [ECF No. 46] is granted, in part, and denied, in part. The Court further granted Defendant Clark County's Motion to Dismiss Plaintiff's third claim. [ECF No. 62 (granting ECF No. 45)].

On April 8, 2025, the Court granted the parties' Motion for Entry of Scheduling Order, [ECF No. 65], establishing deadlines for Federal Defendants to lodge the Administrative Record and for briefing motions for summary judgment.

On June 4, 2025, the Court granted the parties' Joint Motion to Extend Scheduling Order (First Request). [ECF No. 72].

On August 12, 2025, Plaintiff's attorney, Jaimie L. Park, filed a stipulation of withdrawal as counsel from this matter [*see* ECF No. 73]. In addition, Plaintiff has expressed an interest in exploring opportunities to potentially resolve this case without further litigation. The parties agree that proceeding with litigation at this time may interfere with Plaintiff's ability to explore such opportunities, and a stay of deadlines may conserve judicial resources. Therefore, Plaintiff proposes, and Defendants do not oppose, a 90-day stay of litigation deadlines in this case. This is Plaintiff's first request for a stay of litigation deadlines.

//

//

//

//

//

If the proposed stay is granted, the parties will file their Joint Case Management Report no later than November 21, 2025.

DATED this 12th day of August, 2025.

By:

/s/ *Jaimie L. Park*
Jaimie L. Park
Western Watersheds Project
P.O. Box 37198
Albuquerque, NM 87110
Tel: (505) 750-0334
jaimie@westernwatersheds.org

Paul D. Ruprecht
Western Watersheds Project
P.O. Box 941
Lebanon, OR 97355
Tel: (208) 421-4637
paul@westernwatersheds.org

Christopher Mixson (NV Bar#10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
<u>Attorney for service only under LR IA 11-1(b)(2)</u>

*Attorneys for Plaintiffs*

**IT IS HEREBY ORDERED** that the parties' stipulation to stay the case for 90 days is **GRANTED** *nunc pro tunc*.

**IT IS FURTHER ORDERED** that the parties must file a Joint Status Report informing the Court of the status of the case by November 21, 2025.

Dated this  4  day of September, 2025.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

3

**CERTIFICATE OF SERVICE**

I certify that on this 12th day of August 2025, I served a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such upon all attorneys of record.

Dated August 12, 2025

Respectfully submitted,

/s/ Jaimie Park

Jaimie Park
Western Watersheds Project
P.O. Box 37198
Albuquerque, NM 87110
(505) 750-0334
jaimie@westernwatersheds.org

*Of Attorneys for Plaintiffs*

4