1
2
3
4
5

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WESTERN WATERSHEDS PROJECT,  ) Case #2:23-cv-02009-GMN-EJY
                             )
                             )
                             ) **VERIFIED PETITION FOR**
     Plaintiff(s),           ) **PERMISSION TO PRACTICE**
                             ) **IN THIS CASE ONLY BY**
     vs.                     ) **ATTORNEY NOT ADMITTED**
                             ) **TO THE BAR OF THIS COURT**
DOUG BURGUM, in his capacity as ) **AND DESIGNATION OF**
Secretary of the Interior; and U.S. FISH ) **LOCAL COUNSEL**
AND WILDLIFE SERVICE,        )
     Defendant(s).           )
                             ) FILING FEE IS $250.00

_____Alizabeth Bronsdon_____, Petitioner, respectfully represents to the Court:
        (name of petitioner)

  1.   That Petitioner is an attorney at law and a member of the law firm of

_____Western Watersheds Project_____
                                   (firm name)

with offices at _____P.O. Box 7262_____,
                                   (street address)

_____Missoula_____, _____Montana_____, _____59807_____,
         (city)                          (state)                    (zip code)

_____(267) 664-3422_____, _____ali@westernwatersheds.org_____.
  (area code + telephone number)              (Email address)

  2.   That Petitioner has been retained personally or as a member of the law firm by

_____Western Watersheds Project_____ to provide legal representation in connection with
              [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since  October 5, 2021 , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of Montana
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of Montana | 10/05/2021 | 68149592 |
| State of Idaho | 09/30/2022 | 12069 |
| Washington State | 02/18/2025 | 63393 |
| U.S. District Court, District of Montana | 09/14/2022 | |
| U.S. District Court, District of Idaho | 10/05/2022 | |
| U.S. District Court, W. District of Washington | 07/02/2025 | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> none

7. That Petitioner is a member of good standing in the following Bar Associations.

> Yes. States of Montana (active), Idaho (inactive), and Washington (active).

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| none | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Montana            )
                            )
COUNTY OF   Missoula        )

___Alizabeth Bronsdon___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_5th_ day of _November_, _2025_.

__Joann Jett Corson_____
Notary Public or Clerk of Court

JOANN JETT CORSON
NOTARY PUBLIC for the
State of Montana
Residing at Florence, MT
My Commission Expires
September 20, 2028.

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Paul Ruprecht___, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

P.O. Box 941
(street address)

Lebanon, Oregon, 97355
(city)   (state)   (zip code)

(208) 421-4637, paul@westernwatersheds.org
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Paul Ruprecht_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

/s/ Erik Molvar
_____
(party's signature)

Erik Molvar, Executive Director, Western Watersheds Proj.
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Paul Ruprecht
_____
Designated Resident Nevada Counsel's signature

NV # 14263              paul@westernwatersheds.org
Bar number              Email address

APPROVED:

Dated: this __6__ day of __November__, 20 25.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# CERTIFICATE OF GOOD STANDING

## *Alizabeth Bronsdon*

This is to certify that Alizabeth Bronsdon is an Inactive Member in good standing of the Idaho State Bar as defined by Idaho Bar Commission Rule (I.B.C.R.) 301(i).

Ms. Bronsdon was admitted to the Idaho State Bar by transfer of UBE score on September 30, 2022 and has been an Inactive member since January 17, 2023.

October 29, 2025
Date

Maureen Ryan Braley, Executive Director

I.B.C.R. 301.  Definitions.
\* \* \*
(i) **Good Standing.** The standing of a member of the Bar who is in compliance with the licensing requirements of Rule 302 and whose right to practice law is not currently limited under I.B.C.R. Section V [Rules for Review of Professional Conduct] by order of the Supreme Court.   \* \* \*

To request a discipline report, please contact the Bar Counsel's Office at the address below.

IDAHO STATE BAR
P. O. Box 895
Boise, Idaho 83701
(208) 334-4500
Fax:  (208) 334-2764

# Certificate of Good Standing

I, JILL DIVELEY, OF THE STATE BAR OF MONTANA, DO HEREBY CERTIFY

## Alizabeth A. Bronsdon

was admitted to the State Bar of Montana on October 05, 2021 and that their name currently appears on the Roll of Attorneys in this office as a/an Active Attorney member in good standing*.

Dated this day of October 29, 2025

*This does not represent the records of the Office of Disciplinary Counsel, the agency in charge of discipline. To obtain verification or a statement of discipline please contact their office at P.O. Box 1099, Helena, MT 59624 or (406) 442-1648.

## IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 63393 |
| OF | ) | **CERTIFICATE** |
| ALIZABETH ANNE BRONSDON | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Sarah R. Pendleton, Clerk of the Supreme Court of the State of Washington, hereby certify

**ALIZABETH ANNE BRONSDON**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on February 18, 2025, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 30th day of October, 2025.

Sarah R. Pendleton
Supreme Court Clerk
Washington State Supreme Court