Alizabeth Bronsdon (MT Bar # 68149592, *Pro Hac Vice*)
Ninth Circuit Attorney
Western Watersheds Project
P.O. Box 8837
Missoula, MT 59807
(267) 664-3422
ali@westernwatersheds.org

Paul Ruprecht (NV Bar # 14263)
Western Watersheds Project
P.O. Box 941
Lebanon, OR 97355
(208) 421-4637
paul@westernwatersheds.org

Christopher Mixson (NV Bar # 10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
(702)-385-6000
c.mixson@kempjones.com
Attorney for service only under LR IA 11-1(b)(2)

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT,<br><br>            Plaintiff,<br><br>v.<br><br>DOUG BURGUM, in his capacity as Secretary of the Interior; and U.S. FISH AND WILDLIFE SERVICE,<br><br>            Defendants. | Case No: 2:23-cv-02009-GMN-EJY<br><br>**STATUS REPORT AND JOINT MOTION TO AMEND SCHEDULING ORDER** |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Pursuant to the Court's Order dated September 4, 2025 (ECF No. 76), Federal Defendants the U.S. Fish and Wildlife Service and Doug Burgum, in his official capacity as Secretary of the Interior, and Plaintiff Western Watersheds Project hereby

provide this status report and move to amend the Court's Order (ECF No. 72) granting the Joint Motion to Extend Scheduling Order (ECF No. 64). Plaintiff Western Watersheds Project and Defendants have conferred on the status of this case and on a revised schedule for production of the administrative record and briefing. Additionally, the parties conferred with former Defendant Clark County on the joint proposed revised schedule since the Court granted the Proposed Stipulation and Order to Permit Clark County to File an Amicus Brief (ECF Nos. 64, 67). Clark County does not have any issue with the proposed revised schedule.

Therefore, the parties respectfully request that the Court enter the following revised schedule in this case:

### A. Administrative Record

1. The parties shall confer and attempt to informally resolve any disputes regarding the Administrative Record no later than **December 12, 2025**. The parties will inform the Court in a status report no later than **December 12, 2025**, whether they agree that the Administrative Record is complete.
2. Federal Defendants shall certify and lodge the Administrative Record with the Court and serve that administrative record on Plaintiff's counsel no later than **December 19, 2025**.
3. Plaintiff shall file any motion regarding the Administrative Record no later than **January 23, 2025**. Federal Defendants reserve the right to oppose any such motions. The filing of any motions regarding the Administrative Record will stay the remaining deadlines in this briefing schedule, and the Parties will submit a new proposed scheduling order within 21 days of the Court's order on such motions.

### B. Briefing on the Merits

1. If no motions related to the Administrative Record are filed, Plaintiff shall file its Motion for Summary Judgment and Opening Brief no later than **March 19, 2026**.
2. Federal Defendants shall file their combined Response to Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment no later than **April 30, 2026**.
3. Pursuant to the parties' stipulation consenting to Clark County submitting an amicus brief, Clark County shall file its amicus brief no later than **April 30, 2026**.
4. Plaintiff shall file its combined Response to Defendant's Cross-Motion for Summary Judgment and Reply in Support of its Motion for Summary Judgment no later than **June 11, 2026**.
5. Plaintiff shall file its response to Clark County's amicus brief no later than **June 11, 2026**.
6. Federal Defendants shall file their reply in support of their Cross-Motion for Summary Judgment no later than **July 23, 2026**.

The parties respectfully request that the Court enter the foregoing schedule proposed by the parties.

Respectfully submitted this 21st day of November, 2025.

/s/ Alizabeth Bronsdon
Alizabeth Bronsdon
MT Bar # 68149592, *Pro Hac Vice*
Ninth Circuit Attorney
Western Watersheds Project
P.O. Box 8837
Missoula, MT 59807
(267) 664-3422
ali@westernwatersheds.org

*Attorney for Plaintiff*

ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division

/s/ Sara M. Warren
Sara M. Warren
Ga. Bar No. 966948
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 598-5785
sara.warren@usdoj.gov

*Counsel for Federal Defendants*

**IT IS SO ORDERED** this 21st day of November 2025.

_____
UNITED STATES MAGISTRATE JUDGE